UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

DAVID L. GIST, SR., UNITED STATES,
and PARTIE 2314,

                                             Plaintiffs,


        -v.-                                             5:09-CV-01361
                                                         (NPM/GHL)
UNITED STATES, *et al.*,


                                             Defendants.
_____

APPEARANCES:                        OF COUNSEL:

DAVID L. GIST, SR.
Plaintiff, *pro se*

Neal P. McCurn, Senior District Judge


### ORDER


        This *pro se* medical malpractice action was referred to Honorable George H.
Lowe, Magistrate Judge, for a report-recommendation pursuant to 28 U.S.C. §
636(b).

        On February 3, 2010, Judge Lowe issued a report-recommendation,
recommending, among other things, that "United States" and "Partie 2314" be
dismissed as plaintiffs; that plaintiff, David L. Gist may file an amended complaint
within thirty days; and that upon the filing of an amended complaint, it be referred

1

to Judge Lowe for further review.  See Dkt. No. 12.  Judge Lowe further granted plaintiff's motion to proceed *in forma pauperis*, but denied without prejudice plaintiff's motion to appoint counsel.  Plaintiff timely filed objections to the report-recommendation.

When objections to the report-recommendation of a magistrate judge are lodged, the court makes a "de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).  After such a review, the court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.

Having conducted a de novo review of the record, and having considered the issues raised in the plaintiff's objections, the court accepts and adopts the report-recommendation for the reasons stated therein.

It appearing plaintiff has now filed an amended complaint, it is

ORDERED that the amended complaint be referred to Judge Lowe for further review.

IT IS SO ORDERED.


DATED:      March 2, 2010
            Syracuse, New York



            _____

            Neal P. McCurn
            Senior  U.S. District Judge

2